# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL KEITH MILLER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 16-1211 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

Daniel K. Miller has filed, *pro se*, a Petition under 28 U.S.C. § 2241, purporting to challenge his pretrial detention in Criminal Action Number 15-174 (W.D. Pa., Bissoon, D.J., presiding). *See* Doc. 1. As the Court of Appeals for the Third Circuit has made clear, Petitioner has not invoked the proper mechanism. Whitmer v. Levi, 276 Fed. Appx. 217, 219, 2008 WL 1849803, *1 (3d Cir. Apr. 28, 2008) ("[w]here a defendant is awaiting trial, the appropriate vehicle for violations of his constitutional rights are pretrial motions or the expedited appeal procedure provided by the Bail Reform Act, . . . not a habeas corpus petition [under § 2241]") (citation omitted). This deficiency warrants a *sua sponte* dismissal. LeBron v. Ebbert, 2015 WL 4545169, *3 (M.D. Pa. Jul. 27, 2015) (collecting cases holding that petitioner's failure to exhaust remedies under § 2241 justifies *sua sponte* dismissal); *accord, e.g.*, Whitmer, at *1 *and* n.1 (affirming district court's case-closure based on grounds recited above, and indicating that, although the closure "was without prejudice," for reasons explained in the Whitmer Court's opinion, "it [was] unlikely that [the] case [properly could] be resurrected").

Consistent with the forgoing, Daniel K. Miller's Petition under 28 U.S.C. § 2241 (**Doc. 1**) hereby is **DISMISSED**.

IT IS SO ORDERED.


August 26, 2016                                          s\Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge

cc (via First-Class U.S. Mail):

Daniel Keith Miller  (address of record in CIV 16-1211)
160084
950 2nd Ave.
Pittsburgh, PA  15219

Daniel K. Miller  (courtesy copy, to Petitioner/Defendant's address of record in CR 15-174)
USMS 35917068
2509 Carson Street
McKeesport, PA  15132